UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| NELL V. MCCLUNG, | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| v. | § § | No. 3:18-CV-0365-B-BT |
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST et al., | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 24, 2019. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion to Reconsideration of Orders Regarding HFC III Service and Summary Judgment with Brief in Support per F.R.Civ.P 59(e)" (ECF No. 20) and "Motion to Revoke Order to Remove and/or Dismiss Household Finance Corporation III Issued on March 19, 2018" (ECF No. 23) are **DENIED**.

**SO ORDERED** this 26th day of February, 2019.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE