UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| NELL V. MCCLUNG, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | No. 3:18-CV-0365-B-BT |
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 24, 2019. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 8) is **GRANTED**. Plaintiff's claims against the Defendants U.S. Bank Trust, N.A., as trustee for LSF8 Master Participation Trust, and Caliber Home Loans, Inc., are **DISMISSED with prejudice.**

**SO ORDERED** this 26th day of February, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE