UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| NELL V. MCCLUNG, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:18-CV-00365-B-BT |
| U.S. BANK TRUST, N.A. AS TRUSTEE | § | |
| FOR LSF8 MASTER PARTICIPATION | § | |
| TRUST et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 7, 2019. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion to Continue Due Rule 6 Reconsideration of Magistrate Decision or Recusal," (ECF No. 37), is construed as a motion under Fed. R. Civ. P. 60(b) and **DENIED**.

**SO ORDERED** this 24th day of June, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE